B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of California

# Voluntary Petition

Name of Debtor (if individual, enter Last, First, Middle):
**Skandia Family Center, Inc.**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):
**DBA Scandia Family Fun Center**

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)
**68-0071595**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)

Street Address of Debtor (No. and Street, City, and State):
**4300 Central Place**
**Fairfield, CA**
ZIP Code **94534**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Solano**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

2010-43991
FILED
September 09, 2010
9:18 AM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002913991

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Skandia Family Center, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Skandia Family Center, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X ______________________________
Signature of Attorney for Debtor(s)

**Matthew Eason 160148**
Printed Name of Attorney for Debtor(s)

**Eason & Tambornini**
Firm Name

**1819 K Street, Suite 200**
**Sacramento, CA 95811**

Address

**Email: matthew@capcitylaw.com**
**916-438-1819 Fax: 916-438-1820**
Telephone Number

**September 9, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Authorized Individual

**Finn Jensen**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September 9, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# Corporate Resolution

This resolution authorizes Finn Jensen, vice president of Skandia Family Center Inc. to take whatever steps are necessary in initiating and filing for bankruptcy protection on behalf of Skandia Family Center Inc.

Dated this 3 day of September, 2010

Lauralee Jensen

Lauralee Jensen

Secretary

# United States Bankruptcy Court
## Eastern District of California

In re Skandia Family Center, Inc. Debtor(s)

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of the West<br>Dept. LA 23091<br>Pasadena, CA 91185-3091 | Bank of the West<br>Dept. LA 23091<br>Pasadena, CA 91185-3091 | 3 J & J Go Karts (leased) | | 8,831.55<br>(4,500.00 secured) |
| Betson West<br>5660 Knott Avenue<br>Buena Park, CA 90621-1808 | Betson West<br>5660 Knott Avenue<br>Buena Park, CA 90621-1808 | "Big Bass Wheel" game | | 12,176.20 |
| Charles Lomeli, Solano County<br>600 Texas Street<br>Fairfield, CA 94533 | Charles Lomeli, Solano County<br>600 Texas Street<br>Fairfield, CA 94533 | Personal Property Tax | | 20,759.52 |
| Cristallo Ventures<br>1312 West Herndon Ave.<br>Fresno, CA 93711 | Cristallo Ventures<br>1312 West Herndon Ave.<br>Fresno, CA 93711 | Business Loan | | 50,000.00 |
| D & E Associates<br>148 Pioneer Avenue<br>Walnut Creek, CA 94597 | D & E Associates<br>148 Pioneer Avenue<br>Walnut Creek, CA 94597 | Cleaning Supplies | | 988.81 |
| Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Auburn, WA 98001-9456 | Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Auburn, WA 98001-9456 | 10 J and J Electric Blaster boats with chargers | | 30,651.00<br>(15,000.00 secured) |
| Globe Ticket and Label<br>PO Box 678246<br>Dallas, TX 75267-8246 | Globe Ticket and Label<br>PO Box 678246<br>Dallas, TX 75267-8246 | Ticket supplies | | 1,229.05 |
| J & J Amusement<br>4897 Indian School Road NE, Suite 150 Sa<br>Salem, OR 97305-1126 | J & J Amusement<br>4897 Indian School Road NE, Suite 150 Sa<br>Salem, OR 97305-1126 | Repair Supplies | | 2,840.29 |
| Jimmy Due<br>4300 Central Place<br>Fairfield, CA 94534 | Jimmy Due<br>4300 Central Place<br>Fairfield, CA 94534 | Wages | | 1,000.00 |
| Jimmy Due<br>759 Capricorn Cir.<br>Fairfield, CA 94533 | Jimmy Due<br>759 Capricorn Cir.<br>Fairfield, CA 94533 | Business Loan | | 9,000.00 |
| Judith Rosin IRA<br>PO Box 7080<br>San Carlos, CA 94070 | Judith Rosin IRA<br>PO Box 7080<br>San Carlos, CA 94070 | Business Loan | | 68,000.00 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re Skandia Family Center, Inc. Case No. __________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Kovacevich & Bennett, Inc.<br>7429 N. First #103<br>Fresno, CA 93720 | Kovacevich & Bennett, Inc.<br>7429 N. First #103<br>Fresno, CA 93720 | Accountant | | 8,072.26 |
| Leaf Financial<br>PO Box 644006<br>Cincinnati, OH 45264 | Leaf Financial<br>PO Box 644006<br>Cincinnati, OH 45264 | 4 J & J Go Karts | | 10,701.00<br><br>(6,000.00 secured) |
| Leslie Smith<br>501 Gibson Dr.#314<br>Roseville, CA 95678 | Leslie Smith<br>501 Gibson Dr.#314<br>Roseville, CA 95678 | Businessl Loan | | 25,000.00 |
| Misc Employees<br>4300 Central Place<br>Fairfield, CA 94534 | Misc Employees<br>4300 Central Place<br>Fairfield, CA 94534 | Wages of 40-50 non-insider employees whose average earnings are $8.00 to $12,00 per hour. Amount owed is typcially between $150 to $450 per person. | | 15,000.00 |
| PG & E<br>Box 997300<br>Sacramento, CA 95899-7300 | PG & E<br>Box 997300<br>Sacramento, CA 95899-7300 | Utilities | | 36,613.25 |
| The Icee Company<br>Dept. LA 21078<br>Pasadena, CA 91185-1078 | The Icee Company<br>Dept. LA 21078<br>Pasadena, CA 91185-1078 | Drinks | | 2,280.38 |
| Us Bank (Manifest Funding)<br>P.O. Box 790448<br>Saint Louis, MO 63179 | Us Bank (Manifest Funding)<br>P.O. Box 790448<br>Saint Louis, MO 63179 | Computer Server | | 4,946.76<br><br>(2,500.00 secured) |
| Valley YellowPages<br>1850 N. Gateway Blvd.<br>Fresno, CA 93727 | Valley YellowPages<br>1850 N. Gateway Blvd.<br>Fresno, CA 93727 | Advertising | | 3,532.36 |
| Western Golf<br>P.O. Box 970<br>Thousand Palms, CA 92276-0970 | Western Golf<br>P.O. Box 970<br>Thousand Palms, CA 92276-0970 | Golf Supplies | | 1,055.11 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

In re **Skandia Family Center, Inc.** Debtor(s)    Case No. ____________

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 9, 2010**    Signature ____________

**Finn Jensen**
**Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.**, Debtor

Case No. ____________

Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,455,000.00 | | |
| B - Personal Property | Yes | 4 | 365,047.20 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,748,309.53 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 40,905.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 226,163.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 5,820,047.20 | | |
| | | | Total Liabilities | 4,015,378.38 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.**, Debtor

Case No. ______

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Skandia Family Center, Inc.**, Debtor

Case No. ______________________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 4300 Central Place, Suisun City CA 94585** | **Fee simple** | - | **5,300,000.00** | **3,394,659.02** |
| **1600 Atlas Peak Road, Napa California 94558 (1/2 interest in condo unit).** | **Fee simple** | - | **155,000.00** | **286,344.00** |

Sub-Total > **5,455,000.00** (Total of this page)

Total > **5,455,000.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Skandia Family Center, Inc.**, Debtor

Case No. ____________________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 4300 Central Place, Fairfield CA 94534** | - | **11,800.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Napa Community Bank (Checking) 701006280** | - | **9,400.00** |
| | | **Napa Community Bank 701006293 (payroll account)** | - | **400.00** |
| | | **Chase Checking 825551872** | - | **29,700.00** |
| | | **Chase 4995** | - | **10,021.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total > **61,321.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Skandia Family Center, Inc.**, Debtor    Case No. ______

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet 1 of 3 continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Skandia Family Center, Inc.**, Debtor

Case No. ______

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Cadillac Escalde EXT** | - | **13,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer Equipment** | - | **8,000.00** |
| | | **Lasertron lasertag equipment** | - | **25,000.00** |
| | | **Misc arcade games (see attachment B-28)** | - | **133,850.00** |
| | | **Misc office equipment** | - | **5,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1 Extreme Engineering rock wall ($12,500)<br>2 Pressure washers ($2,500)<br>3 lawn mowers $700)<br>-assorted landscapint tools/equipment ($500)** | - | **16,200.00** |
| | | **-Assorted electornic tools** | - | **1,000.00** |
| | | **Kitchen Equipment (pizza oven, fryers, etc)** | - | **15,000.00** |
| | | **Mechanic's tool (eg. welder, hand tools)** | - | **2,500.00** |
| | | **Point-of-Sale system** | - | **8,000.00** |

Sub-Total > **227,550.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Skandia Family Center, Inc.**, Debtor    Case No. ____________

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Amusement Product Pitching Machines (18)** | - | **10,000.00** |
| | | **Diagnostic tools for arcade** | - | **1,000.00** |
| | | **Safes (2)** | - | **3,000.00** |
| | | **3 J & J Go Karts (leased)** | - | **4,500.00** |
| | | **4 J & J Go Karts** | - | **6,000.00** |
| | | **8 J & J Go Karts** | - | **12,000.00** |
| | | **10 J and J Electric Blaster boats with chargers** | - | **15,000.00** |
| | | **Computer Server** | - | **2,500.00** |
| | | **Big Bass Wheel Video Game (lease)** | - | **12,176.20** |
| 30. Inventory. | | **Food inventory** | - | **6,000.00** |
| | | **Redemtption prize inventory** | - | **4,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **76,176.20**
(Total of this page)
Total > **365,047.20**

Sheet 3 of 3 continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Skandia Family Center, Inc.**, Debtor — Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xxxxxx5-001<br>Bank of the West<br>Dept. LA 23091<br>Pasadena, CA 91185-3091 | X | - | 2008<br>Lease<br>3 J & J Go Karts (leased)<br>Value $ 4,500.00 | | | | 8,831.55 | 4,331.55 |
| Account No.<br>Betson<br>5660 Knott Avenue<br>Buena Park, CA 90621 | X | - | Big Bass Wheel Video Game (lease)<br>Value $ 12,176.20 | | | | 12,176.20 | 0.00 |
| Account No. xxx-xxxxxx5-001<br>Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Auburn, WA 98001-9456 | X | - | 2007<br>Lease<br>10 J and J Electric Blaster boats with chargers<br>Value $ 15,000.00 | | | | 30,651.00 | 15,651.00 |
| Account No.<br>Hollingworth Financial Service<br>14225 West Warren Avenue<br>Dearborn, MI 48126 | X | - | Lease<br>Lasertron lasertag equipment<br>Value $ 25,000.00 | | | | 0.00 | 0.00 |
| 1 continuation sheets attached | | | Subtotal (Total of this page) | | | | 51,658.75 | 19,982.55 |

In re **Skandia Family Center, Inc.**, Debtor    Case No.________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx9266**<br>**Leaf Financial**<br>**PO Box 644006**<br>**Cincinnati, OH 45264** | X | - | **Spring 2010**<br>**Lease**<br>**4 J & J Go Karts**<br>Value $ **6,000.00** | | | | **10,701.00** | **4,701.00** |
| Account No.<br>**Napa Community Bank**<br>**700 Trancas Street**<br>**Napa, CA 94558-3015** | X | - | **Deed of Trust**<br>**Location: 4300 Central Place, Suisun City CA 94585**<br>Value $ **5,300,000.00** | | | | **3,195,779.82** | **0.00** |
| Account No.<br>**Napa Community Bank**<br>**700 Trancas Street**<br>**Napa, CA 94558-3015** | X | - | **Location: 4300 Central Place, Suisun City CA 94585**<br>Value $ **5,300,000.00** | | | | **198,879.20** | **0.00** |
| Account No. **xxx-xxx2882**<br>**Us Bank (Manifest Funding)**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179** | X | - | **2007**<br>**Lease**<br>**Computer Server**<br>Value $ **2,500.00** | | | | **4,946.76** | **2,446.76** |
| Account No. **xxxx7258**<br>**Wachovia**<br>**PO Box 60505**<br>**City of Industry, CA 91716-0505** | X | - | **Deed of Trust**<br>**1600 Atlas Peak Road, Napa California 94558 (1/2 interest in condo unit).**<br>Value $ **310,000.00** | | | | **286,344.00** | **0.00** |
| Sheet 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **3,696,650.78** | **7,147.76** |
| | | | Total (Report on Summary of Schedules) | | | | **3,748,309.53** | **27,130.31** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B-28

| Barber Cut | 3000 |
| --- | --- |
| Winner's Cube | 2500 |
| Plush Rescue | 1500 |
| Tek Dek | 1500 |
| Boxer | 1000 |
| Stacker | 1500 |
| Basketball 1 | 4500 |
| Basketball 2 | 4500 |
| Football | 4500 |
| Baseball | 4500 |
| | |
| Total | 29000 |

| | |
|---|---|
| Galaxian | 500 |
| Defender | 350 |
| Ms. PacMan | 500 |
| Centipede | 350 |
| Galga | 350 |
| Millipede | 350 |
| Arkanoid | 350 |
| Paper Boy | 350 |
| Out Run | 500 |
| Road Blaster | 350 |
| Vindicators | 350 |
| Tetris | 350 |
| T.M.N. Turtles | 500 |
| Sunset Riders | 500 |
| Neo Geo 4-Slot | 500 |
| Tekken Tag Tour | 500 |
| Tekken Two | 500 |
| Simpsons | 500 |
| X-Men Capcom | 500 |
| Lethal Enforcer | 350 |
| Lucky & Wild | 500 |
| Daytona 1 & 2 | 1000 |
| Mortal Comat 3 | 500 |
| Neo Geo Panic Bomb | 500 |
| Locked & Loaded | 500 |
| Daytona 3 & 4 | 1000 |
| Cruisin World | 2000 |
| Missile Conmand | 350 |
| | |
| Total | 14850 |

| | |
|---|---|
| Maximum Force | 500 |
| Rampage | 500 |
| Mortal Combat 4 | 500 |
| Harley Davidson | 500 |
| Time Crisis 2 | 1500 |
| Daytona II | 800 |
| Star Wars (sit down) | 1500 |
| Carnevil | 800 |
| War #1 | 400 |
| War #2 | 400 |
| Rush 2049 | 2500 |
| SS2 Dark Silhouette | 1500 |
| Star Wars Racer | 2500 |
| Fury | 2500 |
| Emergency Call Amb | 500 |
| World Series 99 | 400 |
| Air Trix | 1500 |
| DDR Extreme | 1500 |
| Smashing Drive | 1000 |
| Mocap Boxing | 1500 |
| Police 911 II | 1500 |
| Time Crisis 3 | 2500 |
| Initial D 2 | 2500 |
| Initial D 3 | 2500 |
| PGA Tour Golf | 500 |
| SF2 Anniversary Ed | 500 |
| Robotron/Joust | 800 |
| Nintendo Games | 500 |
| Tekken 5 | 800 |
| Target Terror | 800 |
| House of the Dead 4 | 2000 |
| Metal Slug 6 | 1000 |
| Time Crisis 4 | 3500 |
| DDR Super Nova | 2500 |
| Mario Kart #2 | 4000 |
| Slide It | 1000 |
| Extreme Hunting | 1000 |
| Stargate | 500 |
| | |
| Total | 51200 |

| | |
|---|---|
| Air Hockey | 500 |
| Air Hockey 4 Player | 1000 |
| Knick N Catch | 100 |
| Chocolate Factory | 500 |
| Ferris Wheel | 500 |
| Carousel | 500 |
| Fun House | 750 |
| Terminator 2 | 750 |
| Adams Family | 750 |
| Fish Tales | 750 |
| Star Wars | 750 |
| Revenge From Mars | 750 |
| Star Wars Episode 1 | 750 |
| South Park | 750 |
| The Simpsons | 750 |
| Demolition Man | 750 |
| | |
| Total | 10600 |

| | |
|---|---|
| Skee Ball | 800 |
| Skee Ball | 800 |
| Skee Ball | 800 |
| Skee Ball | 800 |
| Skee Ball | 800 |
| Skee Ball | 800 |
| Pattie Cakes | 350 |
| Cops & Robbers | 350 |
| Cyclone | 800 |
| Tower of Power | 800 |
| Wacky Gator | 350 |
| Time Sensor | 100 |
| Funky Circus | 100 |
| Buzzy Bee | 400 |
| Steer Crazy | 350 |
| Clutch Putt (Eye Bot) | 350 |
| Wheel of Fortune | 350 |
| Spider Stompin | 400 |
| Football Fury | 100 |
| Flaiming Finger | 500 |
| WOF Pusher | 1000 |
| Jumpin Jackpot | 1000 |
| Deal or No Deal | 2500 |
| Sea Wolf | 2500 |
| Bubba's Construction | 100 |
| Carnival King | 500 |
| Deep Freeze | 500 |
| Wheel Deal | 500 |
| Road Trip | 2500 |
| Haunted Mansion | 6000 |
| Smokin Token | 1000 |
| | |
| Total | 28200 |

In re **Skandia Family Center, Inc.**, Debtor    Case No. ______________

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

** Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Skandia Family Center, Inc.**, Debtor    Case No. ____________

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Erik Jensen**<br>**1889 Atlas Peak Road**<br>**Napa, CA 94558** | | - | **9/1/2010-9/8/2010**<br>**Wages** | | | | **1,154.00** | **0.00**<br>**1,154.00** |
| Account No.<br>**Finn Jensen**<br>**2141 Bel Air Lane**<br>**Roseville, CA 95678** | | - | **9/1/2010 to 9/9/2010**<br>**Wages** | | | | **2,192.31** | **0.00**<br>**2,192.31** |
| Account No.<br>**Jimmy Due**<br>**4300 Central Place**<br>**Fairfield, CA 94534** | | - | **9/1/2010-9/8/2010**<br>**Wages** | | | | **1,000.00** | **0.00**<br>**1,000.00** |
| Account No.<br>**Misc Employees**<br>**4300 Central Place**<br>**Fairfield, CA 94534** | | - | **9/2/2010-9/9/2010**<br>**Wages of 40-50 non-insider employees whose average earnings are $8.00 to $12,00 per hour. Amount owed is typcially between $150 to $450 per person. Will be amended later.** | | | | **15,000.00** | **Unknown**<br>**Unknown** |
| Account No. | | | | | | | | |
| | | | | | | Subtotal (Total of this page) | **19,346.31** | **0.00**<br>**4,346.31** |

Sheet 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re **Skandia Family Center, Inc.**, Debtor

Case No. ______________

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx xxxxx xx0910<br>Charles Lomeli, Solano County<br>600 Texas Street<br>Fairfield, CA 94533 | | - | Revolving<br>Personal Property Tax | | | | 20,759.52 | 0.00 | 20,759.52 |
| Account No. NA<br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | - | 2009<br>Taxes | | | | 800.00 | 800.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|
| Subtotal (Total of this page) | 21,559.52 | 800.00 | 20,759.52 |
| Total (Report on Summary of Schedules) | 40,905.83 | 800.00 | 25,105.83 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re **Skandia Family Center, Inc.**, Debtor

Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br>**Allied Solano Printing**<br>**1076 Horizon Drive Suite 9**<br>**Fairfield, CA 94533** | | - | **Revolving**<br>**Printing supplies** | | | | **122.11** |
| Account No. **xx0-493**<br>**Auto-Chlor System**<br>**515 Stone Road**<br>**Benicia, CA 94510** | | - | **Revolving**<br>**Kitchen Equipment** | | | | **284.66** |
| Account No. **#xx6555**<br>**Bank Of The West**<br>**Dept. LA 23091**<br>**Pasadena, CA 91185-3091** | | - | **Equipment** | | | | **420.55** |
| Account No. **#xx9131**<br>**Betson West**<br>**5660 Knott Avenue**<br>**Buena Park, CA 90621-1808** | | - | **"Big Bass Wheel" game** | | | | **12,176.20** |
| | | | | | | Subtotal (Total of this page) | **13,003.52** |

**4** continuation sheets attached

In re **Skandia Family Center, Inc.**, Debtor　　Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br>**Cristallo Ventures**<br>**1312 West Herndon Ave.**<br>**Fresno, CA 93711** | | - | **Business Loan** | | | | **50,000.00** |
| Account No. **NA**<br>**D & E Associates**<br>**148 Pioneer Avenue**<br>**Walnut Creek, CA 94597** | | - | **Revolving**<br>**Cleaning Supplies** | | | | **988.81** |
| Account No. **NA**<br>**Gert Jensen**<br>**1889 Atlas Peak Road**<br>**Napa, CA 94558** | | - | **Credit Card Charges made** | | | | **2,474.04** |
| Account No. **xxxxxx1001**<br>**Globe Ticket and Label**<br>**PO Box 678246**<br>**Dallas, TX 75267-8246** | | - | **Revolving**<br>**Ticket supplies** | | | | **1,229.05** |
| Account No. **NA**<br>**Hillerich And Bradsby Company Inc.**<br>**Dept. PO Box 676306**<br>**Dallas, TX 75267-6306** | | - | **Revolving**<br>**Batting Cage Supplies** | | | | **676.36** |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,368.26**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　Best Case Bankruptcy

In re Skandia Family Center, Inc. , Debtor    Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. NA<br>Horizon/Automatic Rain<br>PO Box 52758<br>Phoenix, AZ 85072-2758 | | - | Revolving<br>Sprinkler Equipment | | | | 61.63 |
| Account No. xx725A<br>J & J Amusement<br>4897 Indian School Road NE, Suite 150 Sa<br>Salem, OR 97305-1126 | | - | Revolving<br>Repair Supplies | | | | 2,840.29 |
| Account No. NA<br>Jimmy Due<br>759 Capricorn Cir.<br>Fairfield, CA 94533 | | - | Spring 2010<br>Business Loan | | | | 9,000.00 |
| Account No. NA<br>Judith Rosin IRA<br>PO Box 7080<br>San Carlos, CA 94070 | | - | Business Loan | | | | 68,000.00 |
| Account No. #7438<br>Kovacevich & Bennett, Inc.<br>7429 N. First #103<br>Fresno, CA 93720 | | - | Revolving<br>Accountant | | | | 8,072.26 |

Sheet no. 2 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 87,974.18

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **Skandia Family Center, Inc.**, Debtor　　Case No. ______

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA**<br>**Leslie Smith**<br>**501 Gibson Dr.#314**<br>**Roseville, CA 95678** | | - | **Spring 2010**<br>**Businessl Loan** | | | | **25,000.00** |
| Account No. **#xxx0180**<br>**Lincoln National Life**<br>**PO Box 6158**<br>**Carol Stream, IL 60197-6158** | | - | **Revolving**<br>**Key Employee Life Insurance** | | | | **787.09** |
| Account No. **#xxxxxxx367-9**<br>**PG & E**<br>**Box 997300**<br>**Sacramento, CA 95899-7300** | | - | **Revolving**<br>**Utilities** | | | | **36,613.25** |
| Account No. **#xxxxxxxxxxxx3840**<br>**The Home Depot**<br>**PO Box 6031**<br>**The Lakes, NV 88901-6031** | | - | **Revolving**<br>**Maintenance Supplies** | | | | **142.53** |
| Account No. **#xx7402**<br>**The Icee Company**<br>**Dept. LA 21078**<br>**Pasadena, CA 91185-1078** | | - | **Revolving**<br>**Drinks** | | | | **2,280.38** |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **64,823.25**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　Best Case Bankruptcy

In re **Skandia Family Center, Inc.** , Debtor                Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **#xxxxx2682**<br><br>**US BANCORP Manifest Funding Services**<br>**PO Box 5179**<br>**Sioux Falls, SD 57117-5179** | | - | **Equipment** | | | | **406.34** |
| Account No. **#xx7848**<br><br>**Valley YellowPages**<br>**1850 N. Gateway Blvd.**<br>**Fresno, CA 93727** | | - | **Revolving**<br>**Advertising** | | | | **3,532.36** |
| Account No. **#9058**<br><br>**Western Golf**<br>**P.O. Box 970**<br>**Thousand Palms, CA 92276-0970** | | - | **Revolving**<br>**Golf Supplies** | | | | **1,055.11** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **4,993.81** |
| Total (Report on Summary of Schedules) | **226,163.02** |

In re **Skandia Family Center, Inc.**, Debtor　　　Case No. ________________

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of the West**<br>**Dept. LA 23091**<br>**Pasadena, CA 91185-3091** | **3 J & J Go Karts Lease** |
| **Betson**<br>**5660 Knott Avenue**<br>**Buena Park, CA 90621** | **Big Bass Wheel Video Game** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way, #300**<br>**Auburn, WA 98001-9456** | **Bumper Boat Lease** |
| **Financial Pacific Leasing**<br>**3455 S. 344th Way, #300**<br>**Auburn, WA 98001-9456** | **Laser Tag Equipment** |
| **Hollingworth Financial Service**<br>**14225 West Warren Avenue**<br>**Dearborn, MI 48126** | **Laser Tag Equipment** |
| **Leaf Financial**<br>**PO Box 644006**<br>**Cincinnati, OH 45264** | **4 J & J Go Karts** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com　　　Best Case Bankruptcy

In re **Skandia Family Center, Inc.**, Debtor

Case No. ______________________

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Napa Community Bank<br>700 Trancas Street<br>Napa, CA 94558-3015** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Wachovia<br>PO Box 60505<br>City of Industry, CA 91716-0505** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Bank of the West<br>Dept. LA 23091<br>Pasadena, CA 91185-3091** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Betson<br>5660 Knott Avenue<br>Buena Park, CA 90621** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Financial Pacific Leasing<br>3455 S. 344th Way, #300<br>Auburn, WA 98001-9456** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Hollingworth Financial Service<br>14225 West Warren Avenue<br>Dearborn, MI 48126** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Leaf Financial<br>PO Box 644006<br>Cincinnati, OH 45264** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Napa Community Bank<br>700 Trancas Street<br>Napa, CA 94558-3015** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Napa Community Bank<br>700 Trancas Street<br>Napa, CA 94558-3015** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Us Bank (Manifest Funding)<br>P.O. Box 790448<br>Saint Louis, MO 63179** |
| **Gert S. Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Wachovia<br>PO Box 60505<br>City of Industry, CA 91716-0505** |
| **Lauralee Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | **Napa Community Bank<br>700 Trancas Street<br>Napa, CA 94558-3015** |

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of California

In re Skandia Family Center, Inc. Debtor(s) Case No. Chapter 11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date September 9, 2010 Signature

Finn Jensen
Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.** Debtor(s)

Case No.

Chapter **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,641,967.52** | **June 2008 to May 2009** |
| **$2,418,226.26** | **June 2009 to May 2010** |
| **$830,721.57** | **June 2010 to Sept 2 2010** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT SOURCE

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

3. **Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **AT&T Advertising & Publishing** | **6/2/10<br>7/6/10<br>8/2/10** | **$6,603.99** | **$0.00** |
| **C.A. Robinson & Company** | **14 payments during relevant period** | **$32,919.27** | **$0.00** |
| **Costco Wholesale** | **30 seperate transactions during relevant period** | **$23,794.01** | **$0.00** |
| **D & E Associates** | **7 transactions during period** | **$6,652.93** | **$988.81** |
| **Global Statement** | **6/2; 7/2; 8/3; 8/12** | **$6,474.35** | **$0.00** |
| **Kovacevich & Bennett, Inc.** | **7 periodic payments** | **$9,665.28** | **$8,072.26** |
| **Micahel McCormack** | **6 periodic payments** | **$8,280.16** | **$0.00** |
| **Pepsi-Cola Company** | **7 periodic payments** | **$11,154.81** | **$0.00** |
| **PG&E** | **8 Payments** | **$34,491.36** | **$25,840.44** |
| **Republic Indemnity Company of CA** | **6/10/10; 7/10/10** | **$7,941.54** | **$0.00** |
| **Russ Berrie U.S. Gift, Inc.** | **10 payments** | **$10,665.21** | **$0.00** |
| **Solano Garbage Company** | **5 payments** | **$6,136.13** | **$0.00** |
| **The Home Depot** | **9 payments** | **$11,235.07** | **$142.53** |
| **UPAC** | **4 payments** | **$15,219.04** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **US Food Service** | **15 payments** | **$26,533.33** | **$0.00** |
| **Charles Lomeli, Solano County Tax** | **4 payments** | **$11,200.00** | **$20,759.00** |
| **Cristallo Ventures, LLC** | **8 payments** | **$54,166.65** | **$0.00** |
| **EF Moore** | **8/25/2010** | **$10,000.00** | **$0.00** |
| **Laval and Company** | **8 payments** | **$47,000.00** | **$0.00** |
| **Mepco, Inc.** | **9 payments** | **$28,438.82** | **$0.00** |

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FCS036320 - NAPA COMMUNITY BANK VS SKANDIA FAMILY CENTER, INC.** | **Breach of Contract** | **Solano County Superior Court - Vallejo Division** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Henry, Logoluso, Blum** | **9/1/2010** | **$5,000** |
| **Eason & Tambornini<br>1819 K Street, Suite 200<br>Sacramento, CA 95811** | **9/2/2010** | **$25,000** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Scandia Family Fun Center** | **68-0071595** | **4300 Central Place Fairfield, CA 94534** | **Family Entertainment Center** | **1979 to present** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Haynie & Company**<br>**Bill Walpole**<br>**P.O. Box 27606**<br>**Salt Lake City, UT 84127-0606** | **1985-February 2009** |
| **The Werner Group**<br>**Ray Werner**<br>**Fairfield, CA** | **February 2009-July 2009** |
| **Kovacevich & Bennett, Inc.**<br>**Nick Kovacevich**<br>**7429 N. First #103**<br>**Fresno, CA 93720** | **August 2009 to current** |
| **Lisa McCormick**<br>**bookkeeper** | **1999 to current** |
| **Jerry Laval**<br>**7202 N. Durant Avenue**<br>**Fresno, CA 93711** | **March 2009 to current** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kovacevich & Bennett, Inc.** | **7429 N. First #103**<br>**Fresno, CA 93720** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Napa Community Bank**<br>**700 Trancas Street**<br>**Napa, CA 94558-3015** | |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gert Jensen<br>4300 Central Place<br>Fairfield, CA 94534** | **President** | **98%** |
| **Finn Jensen<br>2141 Bel Air Lane<br>Roseville, CA 95678** | **Vice President** | **1%** |
| **Erik Jensen<br>1889 Atlas Peak Road<br>Napa, CA 94558** | | **1%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attached Exhibit "SOFA #23"** | | |

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **September 9, 2010** Signature

**Finn Jensen**
**Vice President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**Notes Receivable**

**N/R - Finn**

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| Check | 9/15/2009 | 16413 | Skandia | 200.00 |
| Check | 9/16/2009 | | Target | 750.00 |
| Check | 9/21/2009 | 16255 | Pet Land Of Roseville | 735.34 |
| Check | 9/29/2009 | 16469 | Skandia | 750.00 |
| Bill | 10/4/2009 | | Finn Jensen | 3,000.00 |
| Check | 10/5/2009 | | Target | 500.00 |
| Check | 10/12/2009 | 16463 | Future Ford | 992.47 |
| Check | 10/13/2009 | 16484 | Skandia | 400.00 |
| Check | 10/20/2009 | 16486 | Skandia | 300.00 |
| Check | 10/20/2009 | 16465 | Finn Jensen | 1,500.00 |
| Check | 10/26/2009 | | Target | 500.00 |
| Check | 10/31/2009 | 16516 | Skandia | 400.00 |
| Bill | 11/8/2009 | | Finn Jensen | 1,700.00 |
| Check | 11/10/2009 | 16538 | Skandia | 300.00 |
| Check | 11/10/2009 | 16538 | Skandia | 348.16 |
| Check | 11/10/2009 | | Target | 1,200.00 |
| Check | 11/12/2009 | 16461 | Placer County Tax Coll... | 185.00 |
| Check | 11/13/2009 | 16507 | Business Card | 200.00 |
| Check | 11/13/2009 | 16508 | Business Card | 400.00 |
| Check | 11/17/2009 | 16541 | Skandia | 200.00 |
| Check | 11/17/2009 | 16541 | Skandia | 247.24 |
| Check | 11/19/2009 | 16534 | Finn Jensen | 500.00 |
| Check | 11/22/2009 | 16587 | Skandia | 300.00 |
| Check | 11/30/2009 | 16535 | Finn Jensen | 800.00 |
| Check | 12/1/2009 | 16603 | Skandia | 200.00 |
| Bill | 12/6/2009 | | Finn Jensen | 1,500.00 |
| Check | 12/13/2009 | 16625 | Skandia | 200.00 |
| Check | 12/13/2009 | 16625 | Skandia | 200.00 |
| Check | 12/13/2009 | 16625 | Skandia | 575.57 |
| Bill | 12/15/2009 | | Finn Jensen | 1,000.00 |
| Check | 12/15/2009 | 16620 | Future Ford | 1,357.52 |
| Check | 12/21/2009 | 16626 | Skandia | 200.00 |
| Check | 12/23/2009 | 16623 | Finn Jensen | 1,000.00 |
| Check | 12/27/2009 | 16629 | Skandia | 200.00 |
| Check | 1/4/2010 | | Target | 500.00 |
| Check | 1/5/2010 | 16670 | Skandia | 200.00 |
| Bill | 1/5/2010 | | Finn Jensen | 2,000.00 |
| Check | 1/12/2010 | 16700 | Skandia | 700.00 |
| Bill | 1/14/2010 | | Business Card | 500.00 |
| Bill | 1/14/2010 | | Business Card | 300.00 |
| Check | 1/15/2010 | | Target | 400.00 |
| Check | 1/19/2010 | 1002 | Finn Jensen | 500.00 |
| Check | 1/22/2010 | 16727 | Future Ford | 66.91 |
| Check | 1/25/2010 | 1003 | Finn Jensen | 3,000.00 |
| Check | 1/26/2010 | 16764 | Skandia | 200.00 |
| Check | 2/1/2010 | | Target | 400.00 |
| Check | 2/2/2010 | 16765 | Skandia | 200.00 |
| Check | 2/3/2010 | 16636 | John L. Sullivan | 165.43 |
| Check | 2/16/2010 | | Target | 450.00 |
| Check | 2/18/2010 | 16801 | Skandia | 200.00 |
| Bill | 3/1/2010 | | Finn Jensen | 3,000.00 |
| Check | 3/2/2010 | 16856 | Storage | 280.00 |
| Check | 3/10/2010 | 16909 | Skandia | 1,100.00 |
| Check | 3/12/2010 | | Les Schwab | 768.03 |
| Check | 3/16/2010 | | Target | 200.00 |
| Check | 3/24/2010 | 1005 | The Werner Group | 400.00 |
| Check | 3/25/2010 | | Target | 1,000.00 |
| Check | 3/25/2010 | 1006 | Costco Wholesale | 439.16 |
| Check | 3/28/2010 | 16968 | Skandia | 250.00 |
| Check | 4/7/2010 | 16989 | Skandia | 705.51 |
| Check | 4/21/2010 | 17043 | Skandia | 865.75 |
| Check | 4/27/2010 | 1008 | Katherine Gates | 50.00 |
| Check | 5/2/2010 | 17095 | Skandia | 566.64 |
| Check | 5/6/2010 | 17104 | Skandia | 439.37 |
| Check | 5/13/2010 | 17112 | Skandia | 567.08 |

SOFA 23

| | | | | |
|---|---|---|---|---|
| Check | 5/18/2010 | 17122 | Skandia | 412.12 |
| Check | 5/18/2010 | 17122 | Skandia | 320.00 |
| Check | 5/26/2010 | 17150 | Skandia | 200.00 |
| Check | 5/26/2010 | 17150 | Skandia | 281.60 |
| Check | 5/28/2010 | 1013 | Finn Jensen | 5,000.00 |
| Check | 5/31/2010 | 17160 | Skandia | 341.49 |
| Check | 6/3/2010 | 17164 | Skandia | 264.00 |
| Check | 6/3/2010 | 17164 | Skandia | 311.61 |
| Check | 6/8/2010 | 17209 | Skandia | 200.00 |
| Check | 6/8/2010 | 17209 | Skandia | 132.50 |
| General Journal | 6/8/2010 | | | 440.00 |
| Check | 6/10/2010 | 17212 | Skandia | 400.00 |
| Check | 6/10/2010 | 17212 | Skandia | 139.54 |
| Check | 6/10/2010 | | Kucsan and McCrea | 2,250.00 |
| Check | 6/16/2010 | 1018 | Finn Jensen | 2,000.00 |
| Check | 6/21/2010 | 17279 | Skandia | 465.05 |
| Check | 6/21/2010 | 17279 | Skandia | 450.00 |
| Check | 6/29/2010 | 17308 | Skandia | 100.00 |
| Check | 7/5/2010 | 17318 | John L. Sullivan | 198.20 |
| Check | 7/6/2010 | 17320 | Skandia | 200.00 |
| Check | 7/12/2010 | 1024 | Finn Jensen | 5,000.00 |
| Check | 7/13/2010 | 1025 | America's Tires | 828.48 |
| Check | 7/13/2010 | 17356 | Scandia | 669.17 |
| Check | 7/19/2010 | 17359 | Scandia | 500.00 |
| Check | 7/19/2010 | 17359 | Scandia | 410.55 |
| Check | 7/21/2010 | 1026 | Future Ford | 957.51 |
| Check | 7/24/2010 | 17427 | Skandia | 200.00 |
| Check | 8/3/2010 | 17478 | Skandia | 400.00 |
| Check | 8/3/2010 | 17478 | Skandia | 600.00 |
| Check | 8/3/2010 | 17478 | Skandia | 821.37 |
| Check | 8/10/2010 | 17485 | Skandia | 451.02 |
| Bill | 8/16/2010 | | Finn Jensen | 5,000.00 |
| Check | 8/17/2010 | 17525 | Skandia | 300.02 |
| Check | 8/17/2010 | 17525 | Skandia | 300.00 |
| Check | 8/22/2010 | 17552 | Skandia | 514.66 |
| Check | 8/22/2010 | 17552 | Skandia | 300.00 |
| Check | 8/31/2010 | 20002 | Skandia | 237.90 |
| Check | 8/31/2010 | 20002 | Skandia | 800.00 |
| Total N/R - Finn | | | | 75,651.97 |
| **N/R - Gert** | | | | |
| **N/R - Kids** | | | | |
| Check | 9/15/2009 | 16413 | Skandia | 215.00 |
| Check | 9/29/2009 | 16469 | Skandia | 350.00 |
| Check | 10/6/2009 | 16475 | Skandia | 250.00 |
| Check | 10/13/2009 | 16484 | Skandia | 230.00 |
| Check | 10/20/2009 | 16486 | Skandia | 140.00 |
| Check | 10/31/2009 | 16516 | Skandia | 300.00 |
| Check | 11/9/2009 | 16572 | State Farm Insurance | 323.63 |
| Check | 11/10/2009 | 16538 | Skandia | 100.00 |
| Check | 11/17/2009 | 16541 | Skandia | 200.00 |
| Check | 11/22/2009 | 16587 | Skandia | 200.00 |
| Check | 12/1/2009 | 16603 | Skandia | 100.00 |
| Check | 12/13/2009 | 16625 | Skandia | 200.00 |
| Check | 12/27/2009 | 16629 | Skandia | 100.00 |
| Check | 1/5/2010 | 16670 | Skandia | 100.00 |
| Check | 1/12/2010 | 16700 | Skandia | 360.00 |
| Check | 3/10/2010 | 16909 | Skandia | 140.00 |
| Check | 3/16/2010 | 16923 | Skandia | 40.00 |
| Check | 3/28/2010 | 16968 | Skandia | 180.00 |
| Check | 5/2/2010 | 17095 | Skandia | 61.00 |
| Check | 5/6/2010 | 17104 | Skandia | 25.00 |
| Check | 5/13/2010 | 17112 | Skandia | 100.00 |
| Check | 5/31/2010 | 17160 | Skandia | 100.00 |
| Check | 6/10/2010 | 17212 | Skandia | 100.00 |
| Check | 6/21/2010 | 17279 | Skandia | 150.00 |
| Check | 6/29/2010 | 17308 | Skandia | 678.68 |

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| Check | 7/6/2010 | 17320 | Skandia | 596.39 |
| Check | 7/6/2010 | 17320 | Skandia | 200.00 |
| Check | 7/24/2010 | 17427 | Skandia | 200.00 |
| Check | 8/10/2010 | 17485 | Skandia | 240.00 |
| Check | 8/31/2010 | 20002 | Skandia | 100.00 |
| Total N/R - Kids | | | | 6,079.70 |
| **N/R - Gert - Other** | | | | |
| General Journal | 9/5/2009 | | | 600.00 |
| Bill | 9/8/2009 | | Lori Jensen | 7,000.00 |
| Bill | 9/8/2009 | | Lori Jensen | 7,000.00 |
| Bill | 9/11/2009 | | Chevron | 2,928.72 |
| General Journal | 9/12/2009 | | | 600.00 |
| General Journal | 9/19/2009 | | | 600.00 |
| Bill | 9/20/2009 | | Lori Jensen | 7,000.00 |
| Bill | 9/20/2009 | | Lori Jensen | 5,300.00 |
| General Journal | 9/26/2009 | | | 600.00 |
| Check | 9/29/2009 | 16469 | Skandia | 150.00 |
| Bill | 9/30/2009 | 5335 | Gert Jensen | 2,462.03 |
| General Journal | 10/3/2009 | | | 600.00 |
| Bill | 10/9/2009 | | Lori Jensen | 7,000.00 |
| Bill | 10/9/2009 | | Lori Jensen | 7,000.00 |
| General Journal | 10/10/2009 | | | 600.00 |
| Bill | 10/12/2009 | | Lori Jensen | 2,000.00 |
| Bill | 10/12/2009 | | Chevron | 3,578.03 |
| General Journal | 10/24/2009 | | | 600.00 |
| Bill | 10/31/2009 | 5335 | Silverado Country Club | 0.00 |
| General Journal | 10/31/2009 | | | 600.00 |
| General Journal | 11/7/2009 | | | 600.00 |
| Bill | 11/11/2009 | | Chevron | 1,468.49 |
| General Journal | 11/14/2009 | | | 600.00 |
| General Journal | 11/21/2009 | | | 800.00 |
| Check | 11/22/2009 | 16587 | Skandia | 400.00 |
| General Journal | 11/28/2009 | | | 600.00 |
| Bill | 11/30/2009 | 5335 | Silverado Country Club | 0.00 |
| Bill | 12/31/2009 | 5335 | Silverado Country Club | 0.00 |
| Bill | 1/31/2010 | 5335 | Silverado Country Club | 0.00 |
| Check | 2/4/2010 | | Napa Community Bank ... | 747.26 |
| Bill | 2/28/2010 | 5335 | Silverado Country Club | 0.00 |
| Bill | 3/12/2010 | #7190... | Gert Jensen | 748.52 |
| Bill | 3/31/2010 | 5335 | Silverado Country Club | 0.00 |
| Bill | 4/26/2010 | PG & ... | Gert Jensen | 56.52 |
| Bill | 4/30/2010 | 5335 | Silverado Country Club | 0.00 |
| Check | 5/2/2010 | 17095 | Skandia | 500.00 |
| Bill | 5/11/2010 | Napa ... | Gert Jensen | 759.92 |
| Bill | 5/15/2010 | Silver... | Silverado Country Club | 0.00 |
| Check | 5/31/2010 | 1014 | Gert Jensen | 0.00 |
| Bill | 6/1/2010 | Wach... | Gert Jensen | 0.00 |
| Check | 6/9/2010 | 1017 | Finn Jensen | 20,000.00 |
| Bill | 6/15/2010 | Silver... | Silverado Country Club | 0.00 |
| Check | 7/9/2010 | 1023 | Lori Jensen | 10,000.00 |
| Check | 8/3/2010 | 17478 | Skandia | 300.00 |
| Check | 8/10/2010 | 17485 | Skandia | 300.00 |
| Bill | 8/16/2010 | | Finn Jensen | 20,000.00 |
| Check | 8/22/2010 | 17552 | Skandia | 300.00 |
| Total N/R - Gert - Other | | | | 114,399.49 |
| Total N/R - Gert | | | | 120,479.19 |
| Total Notes Receivable | | | | 196,131.16 |
| **TOTAL** | | | | **196,131.16** |

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.** Debtor(s)

Case No. ______
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 9, 2010**

**Matthew Eason 160148**
**Eason & Tambornini**
**1819 K Street, Suite 200**
**Sacramento, CA 95811**
**916-438-1819 Fax: 916-438-1820**
**matthew@capcitylaw.com**

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.**, Debtor

Case No. ____________

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Erik Jensen**<br>**1889 Atlas Peak Road**<br>**Napa, CA 94558** | **Common** | **1%** | |
| **Finn Jensen**<br>**2141 Bel Air Lane**<br>**Roseville, CA 95678** | **Common** | **1%** | |
| **Gert Jensen**<br>**1889 Atlas Peak Road**<br>**Napa, CA 94558** | **Common** | **98%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 9, 2010**

Signature ____________
**Finn Jensen**
**Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of California

In re **Skandia Family Center, Inc.** Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Skandia Family Center, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 9, 2010**
Date

**Matthew Eason 160148**
Signature of Attorney or Litigant
Counsel for **Skandia Family Center, Inc.**

**Eason & Tambornini**
**1819 K Street, Suite 200**
**Sacramento, CA 95811**
**916-438-1819 Fax:916-438-1820**
**matthew@capcitylaw.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com